1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| IRONSHORE SPECIALTY INSURANCE COMPANY, | CASE NO: 3:20-cv-00006-RCJ-CLB |
|---|---|
| Plaintiff, | **ORDER RE DISCOVERY DEADLINES** |
| vs. | **[FIRST REQUEST]** |
| FLETCHER ROOFING AND SIDING, INC., JOSE GOMEZ-DELGADO, JASON E. MITCHELL and SHANTEL MITCHELL, and DOES 1 through 10, | |
| Defendants. | |

  Plaintiff, Ironshore Specialty Insurance Company ("Ironshore" or "Plaintiff") and Defendants Fletcher Roofing and Siding, Inc., ("Fletcher"), Jose Gomez-Delgado ("Gomez"), Jason E. Mitchell and Shantel Mitchell ("Mitchells") (Collectively, Fletcher, Gomez and Mitchells may be referred to as "Defendants", and collectively Defendants and Ironshore may be referred to as "Parties").

  The Parties have been meeting and conferring concerning the orderly progression of this case in a manner that conserves party resources, judicial resources and is also appropriate under today's COVID 19 restrictions on in person appearances.  This is the first request for a deviation from the Scheduling Order.

The instant action is an insurance coverage and Declaratory Relief complaint, with a Counter Claim for Breach of Contract and Extra Contract damages.  In the first phase of the case, the Parties agree to address the key legal issues, conserving resources for in person depositions and Expert discovery, as well as the expense to the court and the Parties of full discovery.  The Parties also agree that the Summary Judgments are amenable to being heard and decided by Magistrate Carla Brown.

Therefore, the Parties, by and through counsel seek the Court's agreement to "phase" the case, and allow the parties to proceed first by cross motions for Summary Judgment, and then to discover and try any remaining issues following the outcome.

THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The Parties agree to file their respective motions for Summary Judgment or Partial Summary Judgment by September 24, 2020.

2. The Motion(s) shall be briefed according to the normal schedule in the FRCP, and be subject to all the normal rules of this District for Motions for Summary Judgment.

3. The Parties Stipulate that the Motions in paragraph 1., above, may be heard by Magistrate Carla Brown.

4. If no motions for summary judgement are filed the date to disclose experts is now October 1, 2020 from the original date of July 31, 2020.

5. The Parties agree that following the delivery of an order on the Parties' motions, the Parties shall submit a new Joint Status Report pursuant to FRCP 26(f) and Local Rule 26-1-1 with new proposed dates to complete discovery.

Dated: July 22, 2020

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

*/s/ Chris J. Richardson*
JOHN H. PODESTA (NBN 7487)
CHRIS J. RICHARDSON (NBN 9166)
525 Market Street, 17th Floor
San Francisco CA 94105
Attorney for Plaintiff
IRONSHORE SPECIALTY INSURANCE COMPANY

| | |
|---|---|
| Dated: July 22, 2020 | MATTHEW L. SHARP, LTD.<br><br>*/s/ Matthew L. Sharp*<br>Matthew L. Sharp, Esq.<br>Nevada Bar No. 4746<br>432 Ridge St.<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>matt@mattsharplaw.com<br>Attorney for Defendants<br>Fletcher Roofing and Siding, Inc., Jason E. Mitchell and Shantel Mitchell |
| Dated: July 22, 2020 | RANALLI, ZANIEL, FOWLER & MORAN, LLC<br><br>*/s/ David M. Zaniel*<br>David M. Zaniel<br>50 West Liberty Street, Ste 1050<br>Reno, Nevada, 89501<br>dzaniel@ranallilw.com<br>(775) 786-4441<br>Attorney for Defendant<br>Jose Gomez-Delgado |

## **ORDER**

THE COURT, having reviewed the Stipulation of Counsel, and Good Cause Appearing Therefore, hereby ORDERS:

1. Any Motion for Summary Judgment shall be filed by the Parties no later than Monday August 24, 2020 through ECF;

2. All normal rules of this district shall apply to the Motions, including but not limited to format, length, required documentation.

3. If the Parties proceed by way of agreed evidence and/or stipulated facts, only Plaintiff shall file with the Court with a single copy of the joint facts and/or evidence, and that shall be deemed the evidentiary submission by any party making a motion.

4. The Motion(s) for Summary Judgment will be heard by Magistrate Carla L Brown, per the Stipulation of the Parties.

STIPULATION AND [PROPOSED] ORDER MODIFYING JOINT DISCOVERY PLAN [Doc 9]

5. If no Motions for Summary Judgment are filed by August 24th, the Parties shall disclose expert witnesses by September 1st, and all other dates shall remain the same as in exisitng Joint Discovery Plain and Scheduling Order [Doc 9]. If motion(s) are filed then the Parties' Joint Discovery Plain and Scheduling Order [Doc 9] is thereupon vacated.

5. Upon the service of an Order(s) on the Party(ies)' Motions for Summary Judgment, the Parties will provide the court with a new Joint Discovery Plan and Scheduling Order that will be aimed at disposing of the balance of the claims in a timely and efficient manner.

Dated: July 27, 2020.

_____
ROBERT C. JONES
U.S. District Judge