## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FLETCHER ROOFING AND SIDING, INC., JOSE GOMEZ-DELGADO, JASON E. MITCHELL and SHANTEL MITCHELL, and DOES 1 through 10,<br><br>Defendants. | CASE NO: 3:20-cv-00006-RCJ-CLB<br><br>**ORDER RE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff, Ironshore Specialty Insurance Company ("Ironshore" or "Plaintiff") and Defendants Fletcher Roofing and Siding, Inc., ("Fletcher"), Jose Gomez-Delgado ("Gomez"), Jason E. Mitchell and Shantel Mitchell ("Mitchells") (Collectively, Fletcher, Gomez and Mitchells may be referred to as "Defendants", and collectively Defendants and Ironshore may be referred to as "Parties").

On August 25, 2018, this Court entered a minute order (Doc. No. 24) modifying a prior order (Doc No. 19) "that the parties agree to file their respective motions for summary judgment or partial motion for summary judgment on or before September 24, 2020.". Pursuant to Doc. No. 19, motions were due on August 24, 2020.

On August 24, 2020, the Plaintiff filed a motion for summary judgment. Doc No. 22. Given that the intent of the parties was to have cross motions for summary judgment and Ironshore's motion was filed pursuant to the prior order that was partially rescinded, the parties are amenable to a change in the briefing schedule to reflect that defendants' filings are due when the motion for summary

///

judgment is due.  Therefore, the parties stipulate that the Defendants shall have up to and including September 24, 2020 to file their opposition.

| | |
|---|---|
| Dated: September 14, 2020 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
| | By: /s/ John H. Podesta<br>JOHN H. PODESTA (NBN 7487)<br>CHRIS J. RICHARDSON (NBN 9166)<br>525 Market Street, 17th Floor<br>San Francisco CA 94105<br>*Attorney for Plaintiff*<br>IRONSHORE SPECIALTY INSURANCE COMPANY |
| Dated: September 14, 2020 | MATTHEW L. SHARP, LTD. |
| | By: /s/ Matthew L. Sharp<br>Matthew L. Sharp, Esq.<br>Nevada Bar No. 4746<br>432 Ridge St.<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>matt@mattsharplaw.com<br>*Attorney for Defendants*<br>*Fletcher Roofing and Siding, Inc., Jason E. Mitchell and Shantel Mitchell* |
| Dated: September 14, 2020 | RANALLI, ZANIEL, FOWLER & MORAN, LLC |
| | By: /s/ David M. Zaniel<br>David M. Zaniel<br>50 West Liberty Street, Ste 1050<br>Reno, Nevada, 89501<br>dzaniel@ranallilw.com<br>(775) 786-4441<br>*Attorney for Defendant*<br>*Jose Gomez-Delgado* |

///

///

///

///

STIPULATION AND [PROPOSED] ORDER MODIFYING [Doc 9] JOINT DISCOVERY PLAN

**ORDER**

THE COURT, having reviewed the Stipulation of Counsel, and Good Cause Appearing Therefore, hereby ORDERS:

1. Any Opposition to Plaintiff's Motion for Summary Judgment shall be filed by the Parties no later than September 24, 2020 through ECF

Dated:_September 22, 2020.

_____
Hon. Robert C. Jones,
U.S. District Court Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

John H. Podesta @ john.podesta@wilsonelser.com

Christopher D. Phipps @ Christopher.phipps@wilsonelser.com

David M. Zaniel @ dzaniel@ranallilaw.com

DATED this 14th day of September 2020.

                /s/ Cristin B. Sharp
                An Employee of Matthew L. Sharp, Ltd.