AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

RONSHORE SPECIALTY INSURANCE COMPANY,

          Plaintiff,

v.

FLETCHER ROOFING AND SIDING, INC., et al.,

          Defendants.

JUDGMENT

Case Number:  3:20-CV-00006-RCJ-CLB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (ECF No. 22) is **GRANTED**.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date:  February 25, 2021

CLERK OF COURT

Signature of Clerk or Deputy Clerk